PER CURIAM.
 

 The state appeals an order granting ap-pellee Luis Ruby’s amended motion for post-conviction relief filed under Florida Rule of Criminal Procedure 3.850. Without holding an evidentiary hearing on the amended motion, or giving notice and an opportunity to the State to respond to it, the trial court granted the motion, vacating Ruby’s open pleas and sentences for violation of probation. As we said in
 
 State v. Schiano,
 
 696 So.2d 531 (Fla. 4th DCA 1997), rule 3.850(d) does not authorize the trial court to summarily grant a motion for post conviction relief. We reverse and remand for further proceedings on this amended motion, to which the State should be permitted to respond, and for the trial court to allow an evidentiary hearing on the claims raised by appellee.
 

 Reversed and Remanded.
 

 GROSS, C.J., HAZOURI and MAY, JJ., concur.